E-FILED
Tuesday, 31 January, 2006  11:01:28 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| COUNTY OF KANKAKEE, KARL A. KRUSE, BRUCE CLARK, MARK J. FRECHETTE, EDWARD D. SMITH, and BRENDA L. GORSKI,<br><br>     Plaintiffs,<br><br>vs.<br><br>MARK ANTHONY and LOUISE CAMPBELL ANTHONY,<br><br>     Defendants. | Case No. 05-2194 |

## ORDER

On January 13, 2006, the Magistrate Judge filed a Report and Recommendation (#11) in the above cause. The Magistrate Judge recommended that Plaintiffs' Motion to Dismiss Defendants' Counterclaim (#8) be GRANTED.

On January 24, 2006, Defendants filed their Objection to the Report and Recommendation (#12). This court has reviewed the Magistrate Judge's reasoning and the Defendants' Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Plaintiffs' Motion to Dismiss Defendants' Counterclaim (#8) is GRANTED. Defendants' counterclaim (#9) is DISMISSED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 31st day of January, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE